UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS J. HOGAN, JR. | CIVIL ACTION |
| VERSUS | NO. 23-5011 |
| NAUTILUS INSURANCE COMPANY, ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Before the Court is a joint motion for dismissal with prejudice.[1] This Court's October 3, 2025 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice,

The Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 14th day of November, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 121.
[2] R. Doc. 116.

1